395 A.2d 967

Commonwealth v. Diaz, Appellant.

Argued September 14, 1978.   F. Michael Medway, for appellant;  Val Wilson, Assistant District Attorney, with him Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.